UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            )
                             )
MICHAEL ANTHONY DAVIS,       )    CASE NO. 09-11201
LAURA ELIZABETH DAVIS,       )    Chapter 7
           DEBTOR(S).        )

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Nextcard Mastertrust | 157 Technology Pkwy #900<br>Norcross, GA 30092 | $2.51 |
| Roundup Funding, LLC | MS 550, P.O. Box 91121<br>Seattle, WA 98111-9221 | $1.21 |
| Roundup Funding, LLC | MS 550, P.O. Box 91121<br>Seattle, WA 98111-9221 | $2.73 |
| PRA Receivable Management, LLC | P.O. Box 41067<br>Norfolk, VA 23541 | $0.53 |
| PRA Receivables Management, LLC As Agent of Portfolio Recovery Assocs. | P.O. Box 41067<br>Norfolk, VA 23541 | $3.96 |
| | Total | $10.94 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $10.94 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated:** August 31, 2011

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL:** mseifert@hallercolvin.com

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 31st day of August, 2011, to:

>Randall Brian Stiles, Esq.
>Stiles Law Office
>110 W. Berry St.
>Suite 1910
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Nextcard Mastertrust
>157 Technology Pkwy #900
>Norcross, GA 30092
>
>Roundup Funding, LLC
>MS 550, P.O. Box 91121
>Seattle, WA 98111-9221
>
>PRA Receivable Management, LLC
>P.O. Box 41067
>Norfolk, VA 23541
>
>PRA Receivable Management, LLC
>As Agent of Portfolio Recovery Assocs.
>P.O. Box 41067
>Norfolk, VA 23541

 /s/ Martin E. Seifert
**MARTIN E. SEIFERT**